```
 1  JORGE RAMIREZ
    Nevada Bar No. 6787
 2  CHRISTOPHER D. PHIPPS
    Nevada Bar No. 3788
 3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
    300 South Fourth Street, 11th Floor
 4  Las Vegas, NV 89101
    (702) 727-1400; Fax: (702) 727-1401
 5  Jorge.Ramirez@wilsonelser.com
    Christopher.Phipps@wilsonelser.com
 6  *Attorneys for Defendant*
    *National Seating & Mobility, Inc.*
 7
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET CORNIOLA, | CASE NO.: 2:18-cv-01081-JCM-GFW |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| PERMOBIL, INC., a Tennessee Corporation, NATIONAL SEATING & MOBILITY, INC., a Tennessee Corporation, DOE MANUFACTURERS 1-10, and DOE DISTRIBUTORS 1-10, inclusive, | |
| Defendants. | |

The above-named parties, through their respective undersigned counsel, hereby agree and stipulate to dismiss the above-entitled case in its entirety, with prejudice. Each party shall bear its own fees and costs.

**TITOLO LAW OFFICE**

_[signature]_

Timothy R. Titolo, Esq.
Nevada Bar No. 3617
9950 West Cheyenne
Las Vegas, NV 89129

Michael Holden, Esq.
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60664
*Attorneys for Plaintiff*

ZERGER & MAUER, LLP

_[signature]_

Steven E. Mauer, Esq. (Pro Hac Vice)
1100 Main Street, Ste. 2100
Kansas City, Missouri 64105
*Attorneys for Defendant PERMOBIL, INC.*

Tracy A. Difillippo, Esq.
Nevada Bar No. 7676
Tiffany A. Kahler, Esq.
Nevada Bar No. 13513
Armstrong Teasdale, LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
*Attorneys for Defendant PERMOBIL, INC.*

1436109v.1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____
Jorge Ramirez
Nevada Bar No. 6787
Christopher D. Phipps
Nevada Bar No. 3788
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
NATIONAL SEATING & MOBILITY, INC.

## ORDER

IT IS SO ORDERED that pursuant to the stipulation, the above-entitled case is dismissed with prejudice. Each party to bear their own fees and costs.

DATED March 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

By: _____
Jorge Ramirez
Nevada Bar No. 6787
Christopher D. Phipps
Nevada Bar No. 3788
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
NATIONAL SEATING & MOBILITY, INC.

1436109v.1